618

144 So. 920

**Burt CREEL v. CITY OF TUSCALOOSA.**
**6 Div. 327.**

Court of Appeals of Alabama.
Dec. 1, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

148 So. 917

**Tom CRESWALT v. CITY OF TUSCALOOSA.**
**6 Div. 411.**

Court of Appeals of Alabama.
April 20, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

144 So. 920

**Mrs. R. C. CRUMPLER v. STATE.**
**4 Div. 926.**

Court of Appeals of Alabama.
Nov. 15, 1932.

SAMFORD, J.
Appeal dismissed.

146 So. 918

**Cleo CRYER v. STATE.**
**8 Div. 723.**

Court of Appeals of Alabama.
Feb. 14, 1933.

SAMFORD, Judge.
Affirmed.

147 So. 922

**Julius R. CULP v. STATE.**
**5 Div. 898.**

Court of Appeals of Alabama.
April 18, 1933.

BRICKEN, Presiding Judge.
Appeal dismissed.

147 So. 922

**Charlie CULPEPPER v. STATE.**
**4 Div. 995.**

Court of Appeals of Alabama.
April 4, 1933.

SAMFORD, Judge.
Affirmed.

142 So. 921

**Mary J. CUMMINGS v. STATE.**
**8 Div. 547.**

Court of Appeals of Alabama.
May 24, 1932.

RICE, J.
Affirmed.

147 So. 922

**W. S. CUMMINGS v. STATE.**
**8 Div. 705.**

Court of Appeals of Alabama.
March 28, 1933.

BRICKEN, Presiding Judge.
Affirmed.